UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,  Criminal No. 13-254(1) (DWF/TNL)

      Plaintiff,

v.  ORDER ADOPTING REPORT AND RECOMMENDATION

Jamillo Donte Spight,

      Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated December 19, 2013. (Doc. No. 47.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Tony N. Leung's Report and Recommendation (Doc. No. [47]) is **ADOPTED**.

2. Defendant Jamillo Donte Spight's Motion to Suppress Evidence and Prohibit Testing (Doc. No. [34]) is **DENIED**.

Dated: January 7, 2014        s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge